UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND, TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND, and TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br><br>            Plaintiffs,<br><br>  -against-<br><br>STATEWIDE TILE & MARBLE, LLC and JOHN V. SKORCIK, III,<br><br>            Defendants. | 20 CV 2261 (AMD) (SJB)<br><br>**STIPULATION**<br>**OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties, through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice, and without costs to either party, as to all claims asserted by Plaintiffs against all Defendants.

**IT IS ALSO HEREBY STIPULATED AND AGREED** by and among the undersigned parties that this stipulation may be executed in counterparts and/or by electronic transmission with electronic signatures.

**IT IS ALSO HEREBY STIPULATED AND AGREED** by and among the undersigned parties that Defendants consent to Plaintiffs filing this Stipulation of Voluntary Dismissal on behalf of all parties in the above-captioned action.

Dated: New York, New York
    January 19, 2022

1

2

__/s/ *John M. Harras*_____  
John M. Harras, Esq.  
Charles R. Virginia, III, Esq.  
**VIRGINIA & AMBINDER, LLP**  
40 Broad Street, 7th Floor  
New York, New York 10004  
(212) 943-9080  
jharras@vandallp.com  
*Attorneys for Plaintiffs*

__/s/ *Netanel Newberger*_____  
Richard I. Milman, Esq.  
Netanel Newberger, Esq  
**MILMAN LABUDA LAW GROUP PLLC**  
3000 Marcus Avenue, Suite 3W8  
Lake Success, New York 11042  
(516) 328-8899  
NetanelNewmberger@mllaborlaw.com  
*Attorneys for Defendants*

**SO ORDERED:**

_____  
Hon. Ann M. Donnelly, U.S.D.J.