UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE LOCAL 7 TILE INDUSTRY WELFARE FUND, TRUSTEES OF THE LOCAL 7 TILE INDUSTRY ANNUITY FUND, TRUSTEES OF THE TILE LAYERS LOCAL UNION 52 PENSION FUND, and TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>STATEWIDE TILE & MARBLE, LLC and JOHN V. SKORCIK, III,<br><br>Defendants. | 20 CV 2261 (AMD) (SJB)<br><br>**STIPULATION**<br>**OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned parties, through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed, without prejudice, and without costs to either party, as to all claims asserted by Plaintiffs against all Defendants.

**IT IS ALSO HEREBY STIPULATED AND AGREED** by and among the undersigned parties that this stipulation may be executed in counterparts and/or by electronic transmission with electronic signatures.

**IT IS ALSO HEREBY STIPULATED AND AGREED** by and among the undersigned parties that Defendants consent to Plaintiffs filing this Stipulation of Voluntary Dismissal on behalf of all parties in the above-captioned action.

Dated: New York, New York
       January 19, 2022

2

| | |
|---|---|
| __/s/ *John M. Harras*_____ | __/s/ *Netanel Newberger*_____ |
| John M. Harras, Esq. | Richard I. Milman, Esq. |
| Charles R. Virginia, III, Esq. | Netanel Newberger, Esq |
| **VIRGINIA & AMBINDER, LLP** | **MILMAN LABUDA LAW GROUP PLLC** |
| 40 Broad Street, 7th Floor | 3000 Marcus Avenue, Suite 3W8 |
| New York, New York 10004 | Lake Success, New York 11042 |
| (212) 943-9080 | (516) 328-8899 |
| jharras@vandallp.com | NetanelNewmberger@mllaborlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**SO ORDERED:**

  s/Ann M. Donnelly
_____
Hon. Ann M. Donnelly, U.S.D.J.